

**Transferred case has been opened**
cmecfhelpdesk    to: InterdistrictTransfer_LAED                09/17/2018 08:52 AM

```
CASE: 2:18-cv-08026

DETAILS: Case transferred from Louisiana Eastern
has been opened in Southern District of Ohio
as case 2:18-cv-01065, filed 09/17/2018.
```